UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:21-mj-00653 |
| : | Assigned To : Faruqui, Zia M. |
| **v.** : | Assign. Date : 11/12/2021 |
| : | Description: Complaint w/ Arrest Warrant |
| **IAN MICHAEL FRIED,** : | |
| : | |
| **Defendant.** : | |

## STATEMENT OF FACTS

On or about May 31, 2017, HSI Special Agents began investigating a group of individuals who were trading child pornography on an Internet-based client-server chatting protocol, hereinafter Protocol A.[1] HSI recovered chat messages from individuals participating in various chat rooms known as networks contained within Protocol A. This data was recovered by HSI after the execution of federal search warrants led to the recovery of several individual's electronic devices. The search warrants were executed at the homes of individuals identified by HSI as being administrators of the targeted Protocol A network chat groups.

The chats contained on the electronic devices were reviewed and they showed that numerous individuals were using the targeted networks to discuss, view and trade child pornography and child exploitation files. The individuals using the targeted network chat groups used computer links to share image and video files, as opposed to transferring a specific file. Protocol A network chat logs recovered by HSI revealed that an individual using the display

---

[1] The true name of the Internet-based client-server is known to law enforcement but not revealed to protect the integrity of the ongoing investigation.

1

name "Pozor", subsequently identified as IAN FRIED ("FRIED"), was frequently joining various targeted chat networks on Protocol A between November 2018 through at least March 2020.  During the activity described in this affidavit, Pozor was using a website called Mibbit to log onto Protocol A chat networks.  The Internet Service Provider (ISP) listed for Pozor during the activity described in this affidavit was dc.comcast.net.

HSI Agents reviewed the recovered data obtained from several Protocol A chat conversations and observed Pozor chatting with another Protocol A user, "A-1." [2]  During these chat conversations, Pozor and A-1 shared links[3] to child pornography and child erotica.  Pozor and A-1 also discussed where to view and locate child pornography on the Internet.  The following paragraphs are excerpts from conversations that FRIED, utilizing the screen name Pozor, engaged in:

On or about November 24, 2018, Pozor had a chat conversation with A-1.  A portion of this conversation is as follows:

> A1: these two drunk Jr High girls who rang the bell at like 11, who were in the wrong subdivision shitfaced lol
>
> Pozor: damn! Howd it lead to head?
>
> A-1: they were literally falling down so I said to come in and id give em a ride, but the gas money was head, got a quick suck off….
>
> Pozor:  nice! Were they cute?
>
> A-1: Utterly shitfaced on Xanax, but great mouths n molestable tits

---

[2] HSI has identified A-1. A-1's name is not included in this affidavit for the purpose of protecting the ongoing investigation.
[3] A hyperlink or link refers to an item on a web page which, when selected, transfers the user directly to another location in a hypertext document or to some other web page.  Links are often provided by one user to share content with another user, such as images or videos.

      Pozor: I wish u took pics cuz that's my fav age to jerk to

      Pozor::…..[Posts the link]: https://[REDACTED] daddy_fuck_me.mp4[4]

      A-1: [Posts the link]:  https://www99.zippyshare.com[REDACTED].html

      Pozor: she is adorable! Love this!

      Pozor: thank you! Love this!

      Pozor: [Posts the link]: https://www99.zippyshare.com[REDACTED].html

      A-1: it's the same URL as I sent u

      Pozor: lol, oh sorry wait

On or about November 24, 2018, FRIED, using the screenname Pozor, engaged in another chat with A-1.  A portion of this conversation is as follows:

      Pozor:  How many times you fuck the 12 yo?

      Pozor:  if you have any pics of her when she was 11 or 12 i would love to jerk to her knowing she was fucking you.

      A-1:  i don't on here but will try n find some tomorrow upstairs

      Pozor: Thanks!

      Pozor: but itd be my dream to fuck a 13yo..I wanna shoot cum all over a 12 yo ass

      Pozor: This is my dream girl

      Pozor: posts the link [http://2.bp.blogspot.com/-[REDACTED]

---

[4] The entire link shared and or received by Fried has been recorded by HSI.  The link is redacted in this affidavit to protect child victims depicted in the shared/received material.

3

    A-1: She is sexy

    Pozor: I have a ton of sets of her….ive cum to her many times

 The image file associated with the link [http://2.bp.blogspot.com/-[REDACTED] distributed by FRIED to A-1, as detailed in the previous paragraph, was captured by law enforcement. Your affiant viewed this image, which depicts a prepubescent female standing fully nude and posed in a provocative manner. The way the minor is posed, and the way the camera is focused, her genitals are visible and appear to be the focal point of the image. A water mark located on the bottom right side of the image reads: www.Lolita[redacted].com. Due to my training and experience, I know that the term "Lolita" is commonly used by individuals who are sexually attracted to children and who are interested in obtaining child pornography to search for images and videos depicting the sexual abuse of children.

 On or about December 21, 2018, Pozor sent the link http://[REDACTED]/s1600/lfix704_041.jpg via Protocol A. The image associated with the distributed link was captured by HSI Philadelphia, because the link was still active, and the content was provided to HSI D.C. Your affiant viewed this image, which depicts a minor female standing mostly nude. She is posed in a provocative manner, with black underwear pulled down in such a way to expose her vagina. The way the minor is posed, and the way the camera is positioned, her vagina appears to be the focal point of the image. The water mark, "www.lolita[REDACTED].com is visible on this image.

 A review of "Protocol A" logs provided by HSI Philadelphia revealed that, on June 23, 2019 and March 14, 2020, Pozor joined a HSI targeted "Protocol A" network. The IP address captured for Pozor's activity on those dates was 73.129.159.6. On or about October 9, 2019, HSI received information from Comcast pursuant to legal process. According to Comcast, on June

4

23, 2019, IP address 73.129.159.6 was assigned to FRIED, with a service address of ▮▮▮ Rhode Island Avenue NW, Apt ▮▮▮, Washington DC 20005. The e-mail address ▮▮▮▮@gmail is associated with this account.

On or about November 9, 2020 and March 24, 2021, HSI received information from Google, LLC (Google) pursuant to legal process. Google stated the Gmail account: ▮▮▮▮ is registered to FRIED. Google also provided an IP address log associated with FRIED logging into his Gmail account. According to your affiant's review of the Protocol A network chat logs, the individual utilizing the username Pozor joined HSI targeted Protocol A networks on February 10, 2020, February 13, 2020, February 14, 2020, March 9, 2020, March 10, 2020, March 13, 2020 and March 14, 2020, using the Comcast IP address 73.129.159.6. According to Google, the ▮▮▮▮ Gmail account was logged into on each of the dates listed in this paragraph from the same IP address: 73.129.159.6. FRIED was listed as the subscriber for the Comcast Account associated with that IP address on each of these dates.

Property records indicate that FRIED has owned ▮▮▮ Rhode Island Avenue, NW, Apt ▮▮▮, Washington, DC 20055 since April of 2004. According to the management company responsible for this building, FRIED is the owner of the unit and has always been the sole occupant.

On October 12, 2021, law enforcement searched FRIED's residence, pursuant to a search warrant. FRIED was the only person living in the residence at that time. Digital devices, including an Apple iPad Mini 4 (iPad), a Maxtor external hard drive D740X-6L (Hard Drive), a HP Laptop, and an Apple MacBook were seized and data from these devices was extracted by HSI Computer Forensic Agents.

5

Some of the files found on FRIED's iPad Mini have a file path[5] that indicates that the files were received via an online application and the Internet. One such application is Mega. Examples of files found on FRIED's Apple iPad Mini that originate from an application are the following:

  a. Black_incest_2015.dms: This is a video file that was saved on February 11, 2018 to a file folder named documents\inbox. This video file depicts a prepubescent male and a prepubescent female who are both fully nude. The video shows the little girl placing her mouth on the little boy's penis.

  b. Superstar.dms: This is a video file which was saved on March 3, 2018 to a file folder named documents\inbox. This video file depicts a prepubescent female placing her mouth on an adult man's penis.

  c. Lesbo sisters_1e4.12.2012.avi. This is a video file saved on December 26, 2015 to a folder named mega.iOS\documents. This video file depicts one prepubescent female and one pubescent minor female who are both fully nude. The prepubescent girl is shown placing her mouth on the vagina of the pubescent minor female.

The Hard Drive contained over two hundred files depicting the sexual abuse of children. A description of some of these images is detailed below:

  a. 0011.jpg: This is an image file saved on March 6, 2004 to a folder named my documents\my pictures. This image file depicts two prepubescent

---

[5] A file path is the complete location of where a computer file is located within a particular device. Computer forensic software can determine the file path associated with extracted files.

females and an adult male.  The video shows both of the little girls placing their mouths on the penis of the adult man.

    b.    CP10N1.jpg.  This is an image file saved on August 16, 2003 to a file folder named my documents\downloads.  This file depicts an adult woman and a prepubescent female who are fully nude.  The video shows the adult woman inserting an object into the little girl's vagina.

    c.    CP1t1.jpg:  This is an image file saved on August 17, 2003 to a file folder named my documents\downloads.  This image shows a prepubescent female and an adult man.  The adult man can be seen inserting his penis into the little girl's anus.

A description of some of the images found on FRIED's HP laptop is, as follows:

    a.    2.avi:  This is a video file that is nearly 17 minutes long. This file path - path users\owner\downloads\2.avi [6]- indicates that the video was saved to the downloads folder on December 12, 2012.  In this video, a prepubescent girl is shown engaging in actual or simulated masturbation.

    b.    r373.avi:  This is a video file which is approximately 29 minutes long.  This file was also saved to the downloads folder on May 4, 2013.  It depicts two prepubescent minor females.  One of the little girls inserts a device into the other little girl's vagina.

FRIED's Apple MacBook also contained images depicting the sexual abuse of children.  A description of some of these images is detailed below:

---

[6] A file path is the complete location or name of where a computer file, device or web page is located on a particular electronic device.

a. Terri.avi: This is a video file that is approximately 1.31 minutes long, and was found in the downloads folder. This video file depicts a prepubescent female, fully nude. The little girl can be seen engaging in actual or simulated masturbation. The file was created on January 4, 2015 and was last accessed on April 24, 2019.

b. 073cam12ocf.mp4: This is a video file which is approximately 23.24 minutes long. This video file depicts a prepubescent female engaging in actual or simulated masturbation. The video file has the water mark, "Omegle.com". It was created on January 4, 2015, and last accessed on April 25, 2019.

c. Zlatica.avi: This is a video file which is approximately 8.21 minutes in length. The file path for this video is ianfried\downloads\zlatica.avi. This video file depicts a prepubescent female who is fully nude. The prepubescent female is shown engaging in actual or simulated masturbation during this video. This video file was created on December 14, 2014, and was last accessed on September 29, 2021.

**CONCLUSION**

Based on the above information, there is probable cause to believe that FRIED committed the following offenses:  Attempted Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), on or about and between December 12, 2012 and March 3, 2018, and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), on October 12, 2021.

                                      Respectfully submitted,

                                      Raymond Abruzzese
                                      HSI Special Agent

Subscribed and sworn to before in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic reliable means, by telephone, this day of  12, 2021.

                                      ZIA M. FARUQUI
                                      UNITED STATES MAGISTRATE JUDGE