CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 1:22 CR 37 (CRC)
)
Ian Michael Fried )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

*Amy E. Larson*
Assistant United States attorney

Approved:

_____
U.S.D.J.

~~United States Magistrate Judge~~

Date: 7/28/22