October 27, 2022

Dear Cary,

My name is Sarah Tillotson and I am writing this letter as a character reference in support of Ian Fried. Ian and I worked together at the Embassy of Japan in Washington, DC from 2010-2013. He was one of my first friends at the Embassy and he was kind and helpful from the start, always willing to provide insights and mentorship and help me navigate a challenging work environment. Ian was well liked at the Embassy by diplomats and local staff alike, and he and I quickly bonded over our shared respect for Japanese culture, and love of good food, board games, and books.

Ian regularly acts in selfless ways. I believe he cares deeply about his family and friends and has shown me, my husband, and my stepdaugthers nothing but kindness and love over the years. When he discovers a game, activity, or outing that he thinks the girls would really enjoy or benefit from, he is quick to share them with us. We have made some great memories with Ian taking the kids to the botanical garden and other iconic places in DC, laughing over a great meal, and going to Wizards basketball games.

Of all my friends, Ian has always been one of the most thoughtful and supportive. He is a mindful listener and remembers small details about my family and what's going on in my life because he genuinely cares. Ian has been a dependable friend through some very challenging times over the past 10+ years. He has been in there in both small and big ways, from checking in on how my journey trying to conceive is going, to bringing me food and books when I tore my ACL, to providing support along my career path. When I first moved to DC and was making a meager salary, he helped me land a babysitting gig to supplement my income and in doing so introduced me to wonderful friends of his with whom I am still close.

Ian is an incredibly intelligent man and has a passion for teaching and sharing knowledge with those around him. He has many interests and a deep understanding of economics, politics, and the world in general. He is a good person who cares about those who are most underserved and he stands up for what he believes in. I have always admired Ian's conviction over political and social issues and his ability to speak his mind without offending people around him.

In closing, I know Ian very well, and I am confident that he feels deep remorse for what he's done. Acknowledging the illegal and severe infraction that he has committed, I hope that my letter serves as a testament to his character and the upstanding life that

Ian has led for many years. I believe he has, and continues to, seriously and thoughtfully reflect on this time period and how to move forward from this, and I hope the court will see that, too.

Sincerely,

Sarah Tillotson
skt26@georgetown.edu

To: Cary Citronberg

Character Reference for Ian Fried

October 18, 2022

Ian and I met in 1983 at the College of Wooster when we worked together on the school paper. As a first-year student he was one of the four most committed staff members, and one of the best writers on the paper. We became good friends and grew closer after college. Over the last 40 years he has frequently visited and traveled with me and my family, often on multi-week trips. He has been a good friend to my three children from their childhood to their adulthood, taking hikes with them and cooking with them, playing board games, and talking to them about everything from food and movies to politics.

Three years ago, I had a bicycle accident and a traumatic brain injury and was comatose for a week. Ian flew in to help. I have no memory of the weeks around the accident, but my brother told me he wished his friends would be as helpful as Ian in such a situation. Because I was instructed not to live alone after the accident, Ian and his mother invited me to stay with them for months in Arizona and months in Utah, where I lived more than anywhere for the last three years. I had a long, difficult recovery, and Ian supported me in crucial ways, whether taking me to medical appointments, picking out therapeutic prescription glasses, arranging covid vaccinations, or providing the regular social interaction that was medically advised. Ian continually thought of ways to help retrain my brain, whether making podcasts together, discussing movies and articles, cooking together, or talking on long hikes.

I have met more friends through Ian than anyone else I know. I was stunned to learn of his arrest and have talked to many of our mutual friends and my family about it, and there was consistent incomprehension. But Ian has been a good friend to many people: those friends, and his mother, and his extended family, and my family are committed to working together to support him now and in what we expect to be a difficult future. Since his arrest many of his friends have written to him and talked to him. Through his friendship with me and my children and many others, Ian provided a model for the support he has recently gotten and will need.

Sincerely,

Paul Miller

Ian Fried is my cousin. We are very close, and I consider him part of my nuclear family.
I have been a practicing physician for 40 years, specializing in Addiction Medicine and Infectious
Disease. Through many years of experience, I know that individuals with addiction disorders, be
they behavioral or substance related, are often their own worst enemies. They may
compulsively engage in behaviors that are self-destructive and harmful to those around them;
however, like all of us, they are not just one thing, and can have many good qualities that
coexist with the bad. Despite his offense, I feel confident that with treatment, Ian is capable of
rehabilitation, and can go on to live a meaningful and productive life.

For the past thirty years, Ian has regularly traveled to New York to celebrate holidays,
graduations, and other milestone events with my wife, myself, and our three children. When
Ian's offense came to our attention, we immediately approached our now adult children and
asked if there had ever been any inappropriate behavior on Ian's part. All three confirmed that
there had never been any untoward behavior.

Ian has shown nothing but kindness and generosity to my children, both as youngsters and as
adults. Over the years, we would often travel to Washington to visit Cousin Ian. He would
shepherd us around the city and regale us with his encyclopedic knowledge of American history
and the numerous tourist attractions (classic Ian tidbit-There are eighty seven steps on the
Lincoln Memorial, corresponding to fourscore and seven).

Our oldest son, Harry, is now in-house counsel to the Congressional Committee on Energy and
Commerce, Oversight and Investigation. He has said on many occasions, that without Cousin
Ian's inspiration and encouragement, he would never have moved to Washington, pursued a
career in law, and ended up working in Congress, a position he loves and excels at.

Our son Josh struggled with bipolar disorder as a teenager and young adult. Ian supported and
listened to him, without judgment. Josh felt safe confiding in him and says he never had to put
up a façade for Ian. They are both sport buff, attended hockey games together, and always
enjoyed talking sports together. Fortunately, Josh is doing much better now, and is about to
graduate from a Masters program in Social Work. He is terribly disappointed that Ian won't be
able to attend.

We all miss Ian, and I look forward to the day when we can once more have him at our holiday
table. Please consider his many positive qualities, intelligence, and commitment to change.
He deserves a chance to turn his life around. For these reasons, I ask that you show compassion
and leniency in determining his sentence.

Sincerely yours,

Jonathan E. Samuels, MD, MS
Director of Addiction Medicine
SBH Health System
Bronx, New York

Ian Fried is my husband's cousin and I have known him for close to 35 years. I have only known Ian to be kind, smart and compassionate.

He taught me about politics, movies, books, art and music. He really expanded my knowledge base and taste in all these areas.

He always expressed interest in my job as a diabetes doctor in an inner city hospital where he consistently expressed concerns for the right of poor people to have access to decent healthcare.

He was always a big part of our family functions and we all looked forward to Ian visiting from DC to NY to participate in all our meals and activities. He catered his time with each of my three children to their individual needs and cultivated relationships with each of them based on their loves and interests.

He taught and cultivated in my oldest son a love for politics. Harry is now a lawyer in the Energy and Commerce Committee and he attributes the path that he took to cousin Ian.

My youngest son had a language based learning disability. He also loved sports and this passion was NOT shared with his immediate family. Cousin Ian would visit and spend lots of time with him discussing sports and used it as a vehicle to help my son improve his language skills.

My daughter and oldest son loved doing art projects and Ian would always visit equipped with some new and creative project that he would do with them.

I'll never forget visiting Cousin Ian in DC shortly after the arrival of the 100 donkeys and elephants displayed all around DC. He accompanied all three children on a hunt to find and identify as many as they could in the city, making education fun.

Most importantly, I have never felt uncomfortable around Ian, nor have I ever felt unsure leaving any of my children in his care, whether for an afternoon trip or for a weekend in his DC home. Each of my now grown children would corroborate this.

I beseech you to let compassion guide you when sentencing cousin Ian. Please give him a chance to get the help he needs and deserves to lead a meaningful life, aligning the Ian we know with the Ian who needs help.

Barbara Wezenter Samuels

I am Ian Fried's mother. I want to share with you how much he has helped me since I have lost my husband. Last year I had cancer and had serious complications. Ian took family medical leave and took care of me for several months. He took me to the emergency room four times and stayed with me. I would not have been alive if it hadn't been for him. He took such good of me—- making sure I took my medicine, ate nourishing food, got out of bed, and took me to the doctors. He did it with so much love and care. Ian has always been one of them all honorable people I have met. He wouldn't even let me park in the handicap parking spot after he felt I was well enough to walk the distance. He is one of the more unpretentious and humble individuals.

I know I am his mother but I really believe he has outstanding character. If you measure a person's worth by the friends he has, you would know how outstanding a person he is.
Ian was very devoted to his grandparents and also took excellent care of them. Ian would travel from DC to take them to concerts and to visit friends and family. He took them on an airplane to visit me even though he didn't live near them as they lived in Chicago and he lived in DC. They were in their nineties and they couldn't go places by themselves as his grandmother had Parkinson's.I
I have the upmost confidence that if he gets help,  he will be an upstanding citizen and will not return to his previous dysfunction.
Thank you for your consideration

To Whom it May Concern,

Ian Fried is my baby brother, and I love him fiercely.  However, I must admit at times when we were little, I wasn't that nice to him.  As I got older, I apologized to him for my behavior, and he quickly forgave me. Ian is extremely loyal, and he is always gives me the benefit of the doubt.

Ian is also one of the smartest people I've ever met.  As a family we would joke that if we're ever on the game show "Who Wants to Be a Millionaire?" Ian would be our lifeline because he knows something about everything.

We didn't have an easy childhood.  His father was my mother's second husband and they fought constantly.  However, when I talk to Ian about his childhood, he only has good things to say.  He rarely seems depressed, which is a godsend for me because I'm often depressed.  When I'm down in the dumps and I call him, he always seems to pick up my spirits.  He'll tell me about a news article he read or a new game he's been playing, a museum he visited or a play he's just seen.  In no time, I feel much better than before I called him.

When I was upset about a fight, I had had with our mother he said "You were wrong.  You need to apologize."  It was just simple to him.  He thought clearly about what was right and wrong, which is why his arrest was such a shock.  We have had many long talks since this has happened.  He has talked to me about his loneliness, his lack of confidence and insecurity.  He now talks about subjects he would never broach in the past.  My hope is that through treatment he can have a "normal" life and experience intimacy in a way that he never has.

When my son got married, Ian gave the toast.  My son was marrying a woman from Namibia in Africa. Ian talked about how our family was also immigrants from Eastern Europe.  He spoke about how important family is and with their support and love you can get through any adversities.  I believe this to be true.  With support from Ian's family and friends, and with our love, plus treatment, I believe Ian will become a better person. He has so much to offer, and I know he can be a great contributor to society.

Laurie Fried

October 26, 2022

Your Honor:

I write this statement in support of my cousin's, Ian Fried, character, including his endless patience, intellect, and kindness, which he has demonstrated repeatedly in the nearly 30 years that he has been a part of my life. I am a graduate of Georgetown University Law Center and Brown University, having recently passed the bar exam and seeking admission to the DC bar, and currently serving as Counsel to the House Committee on Energy and Commerce. Ian has been one of the most instrumental people in my political and professional development, inspiring me at an early age to become an attorney.

My earliest memories of Ian involve him explaining the Electoral College to me, with us spending hours on the phone together evening of the 2000 election and him patiently explaining the difference between the popular vote and electoral college (including a real-time play-by-play on the state of the 2000 Florida recount!). He and I developed an excel spreadsheet together, listing each state and their number of electoral votes, tallying totals until one candidate reached 270. At the same time, Ian helped shape my love of politics, including a commitment to such progressive values as racial justice and economic equity. Throughout my upbringing, Ian nourished my intellect and creativity, be it sharing stories of his time in Czechoslovakia and explaining the politics of the post-Soviet states, or bringing colored clay to New York for the holidays and making figurines.

In my high school years, Ian was nothing short of an academic cheerleader for me, coaching me on everything from college admissions ("trust me, you'll love being on a campus, you can live in a city when you're older," he would say) to helping me write college-level papers on how to reform the electoral system. He encouraged me to get involved in political campaigns, including the 2008 and 2012 presidential election, the 2012 Senate race in Massachusetts, and local House elections. Each conversation with him motivated me to become an informed and involved citizen—including as I interrogated and developed my own personal politics around the Middle East and LGBTQ+ rights.

My decision move to Washington in 2013—and, later, becoming a Congressional staffer—can be directly traced back to Ian taking me to the House and Senate Floors when I was a teenager (when he showed me then-Senator Clinton's desk on the Senate Floor). When I took my first job as a Congressional advocate, Ian was always on hand to explain the difference between the authorizing and appropriating process and the byzantine machinations of Congressional procedure. He was consistently a voice to help me prepare for interviews, read over my law school application essays, or help me rehearse for moot-court arguments as part of my first-year legal practice class. Ian was invested in my professional development the way that a parent or uncle would be, and I consistently hoped to make him proud.

As you consider Ian's character in his sentencing determination, I hope you will keep my experience with him in mind: as a patient, supportive and nurturing friend and cousin. I would not be where I am today without him.

Sincerely,

Harry Samuels, JD

October 24, 2022

Dear Judge,

I have been friends with Ian Fried since 1983/84 when we met attending the College of Wooster.  We had occasional and brief contact after graduating in 1986 until my family and I relocated to Baltimore, MD in 2007.

Ian became our "cultural ambassador" to Washington DC, inviting us to countless cultural events, festivals, museums, monument tours and more. From 2007 until 2015 when we returned to British Columbia, we would regularly bring our five children (ranging from 8 to 17, in 2007) to these events and while there, Ian engaged with each of us, offering education about the city, the government, American history, politics, and more.  He excitedly shared this information, kindly and patiently answered our questions, treating each member of the family with equal interest, engagement, and respect, and established a trusting and cherished relationship with all of us.  Ian is known in our family as the 'board game man.'  His fascination with board games resulted in weekend visits to our home always including a new game.  We all looked forward to learning from him, and delighted in his passion for the intellectual challenge, human connection, and fun these games always engendered.

Ian had an incredibly positive impact on our kids' lives.  Through his natural ability to teach, provide context for understanding, and being an example of passionate civic engagement, he helped us establish values of equality, justice, and critical thinking in the kids. Our children still speak very fondly of Ian to this day.  They do have knowledge of his current situation.

Once we no longer lived near, every conversation I had with Ian faithfully included his inquiry about each family member (including my parents, whom he met at the college of Wooster).  His caring and interest in each of them never faded.  So often, he commiserated with me about my concerns about my kids' wellbeing in their various life challenges, frequently offering optimism, counsel, and perspective that I needed.

To support a significant challenge I had in my life with creating meaningful time with my kids after a divorce and living a long distance from them, Ian invited me to bring my kids to his family's place in Park City, Utah for holidays. On two occasions, I did exactly that, and once again, Ian's hospitality and enthusiastic engagement with each of us was amazing.  He created an environment for fun, adventure, and ultimately healing to happen for me and my kids.  I will be forever grateful to him for this support of my family.

Joining Ian at the Sundance Film Festival in 2018 with my in-laws and wife, the hospitality he offered, detailed guidance and counsel on how to navigate the festival, and joyous friendship he extended beyond us to my in-laws was deeply meaningful and incredibly kind.

I pray that you will truly consider the wholeness of Ian, the substantial contributions he has made to the world as you balance the need for protection and accountability.  His character clearly has one obvious blemish, yet otherwise, he is singularly respectful, kind, gentle, and compassionate.  I am honored to call him a friend and will continue to do so for life.

Thank you,
Wes Taylor

---

Wesley B. Taylor                    203 View St.                    250-618-7928
                                 Nanaimo, BC, Canada

October 15. 2022
Mexico City

I met Ian in September 1997, when I began a fellowship in a Congressional office where he worked. I thought I knew a thing or two about politics, but Ian helped me to understand how the process really works in Washington DC. He was very generous with his time and shared many insights that he had gained throughout his career. We became fast friends and have remained close from the time I left Congress at the end of 1997 right up to the present.

Although I left Washington at the beginning of 2002, Ian and I have stayed in touch constantly over the past twenty years. He has invited me to stay with him in his hometown, Chicago, and his mom's place in Utah, and I have reciprocated by inviting him to stay with me in places I have lived, like Brussels and Mexico City. There are a lot of pictures of Ian in my apartment, and each one brings back a great memory.

During all these years, Ian has been a good friend not only to me but also my two sons, both of whom Ian has known since they were babies. He watched them grow from infants into toddlers, and then from kids into teens. And while all of that was happening, he knew how to stay close to my boys, even though they grew up and changed so fast, and even though they lived in different places. By sharing what was real for him: jokes, political opinions, the fate of pro sports teams, movie reviews, board games and making fun of their dad. Ian was a big part of my family and he always will be.

I was really crushed when I found out about the things going on in Ian's life that I didn't know about before. But I know this. Ian is a fundamentally good person who works hard, cares about his friends and family, and stands by the people in his life through thick and thin. I also know that Ian has a lot of people in his life who will stand by him. Not just me and not just his close relatives, but also lots of friends that he has made and kept over many, many years. We are all here, ready and waiting for Ian to start his life again, and we are all going to help him get through what will probably be some tough times ahead. Ian won't be alone because he has earned and nurtured lasting friendships over the years, friendships that are going to see him through whatever comes next.

Sincerely,

Timothy P. Kessler

Tel. +(52) 55-1863-2148
E-Mail: timothykessler@yahoo.com

To Whom it May Concern,

I have known and loved Ian Michael Fried for 43 years.  He has been a wonderful uncle to both of my children, generous with his time and counsel.  He even shared his apartment with my daughter, when she was in need, while she was going to college at Howard in Washington D.C.

Often at family gatherings, he would instruct us all in the newest board games.  Soon we'd all be laughing or debating.  But mostly, we were discovering more deeply who we are as a family.

He was not only a great family member, but he was also a wonderful friend.  I had the pleasure of getting to know several of his friends throughout our years together.  He was generous with his friends and would offer them care and support and had long lasting, beautiful friendships.

I believe that Ian knows now that part of himself that needs to be worked on in therapy.  I have great faith that this stopping place has given him the time to begin to look at and examine himself more fully and wholly.

Yours Truly,

Reverend Allison Purdie, M. Div.

To whom it may concern;

I am Canadian, born and raised in British Columbia. My husband, Wes Taylor, is American, and I knew when I met him that part of my life would be lived south of the border. Indeed, in 2007, Wes and I moved from Vancouver Island to Baltimore, Maryland with our blended family of five children, aged 8 years old to 17. One of the greatest things about living on the east coast for the next seven and a half years was being 45 minutes away from our dear friend, Ian, in Washington, DC.

By 2007, Wes and Ian had been friends for decades, but Ian is a kind and generous man with friendship to spare for many. When Wes and I landed in Baltimore with our motley crew of kids, Ian knew that we were without community. He reached out immediately with an invitation for the seven of us to join him in DC for a tour of the monuments and museums. Ian was interested in living life fully, and he regularly invited us to join him along the way.

Ian's knowledge of history and politics, coupled with his playful nature, made him a fun, informative, and engaging "tour guide," for adults and kids alike. It was rare for more than two months to go by without the seven of us joining him for a return visit or new event on the National Mall.

Ian's love of food meant that he dined at many restaurants and tracked which ones came out on top. Delicious, kid-friendly, culinary adventures were always part of our visits with Ian in DC, which also regularly centered around a festival, concert, play, movie, and a board game or two. Ian was naturally curious and playful, and we were all happy spending time with him. My parents would agree. In 2018, the two of them joined me and Wes at the Sundance Film Festival where Ian and his mom hosted us in their Park City residence. Once again, Ian became our "tour guide" extraordinaire, facilitating one of the most thoughtful and unique holidays my parents and I have ever had.

That Ian is an enthusiastic foodie, history buff, music lover, documentary film fan, and more — none of that is important. What's important is Ian's intention. Ian always wanted to share the people, places, and activities that mattered most to him, and our lives were better — are better — because of that.

Ian is a good and trusted friend. He has shared his heart with us. He has loved us well. And we love Ian back.

I hope to see Ian again and spend time with him, as do my children, who are all now young adults. And, as a mother and a nurse, I am aware of the seriousness of Ian's behavior and the charges against him. I trust that Ian is, too, and that he will do the work necessary for his own healing and to help heal the harm he has caused.

Thank you for taking the time to consider this character reference for Ian Michael Fried.

Joanne Hall